UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

---

DAVID AARON EPSTEIN,　　　　　　　　CASE NO. 7:13-cv-02105-ER
SHANI PORGES,
　　　Plaintiffs,

vs.

APPLE, INC.; BARCLAYS BANK　　　　STIPULATION OF DISMISSAL WITH
DELAWARE; EQUIFAX, INC.;　　　　　　PREJUDICE BETWEEN PLAINTIFF
TRANSUNION, LLC; EXPERIAN;　　　　SHANI PORGES AND DEFENDANT
　　　Defendants.　　　　　　　　　　　TRANS UNION, LLC ONLY

---

　　　Plaintiff Shani Porges, pro se, and Defendant Trans Union, LLC ("Trans Union")(collectively, Plaintiff and Trans Union, the "Parties"), by counsel, hereby stipulate and agree that all matters herein between them, have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　The Parties further stipulate and agree that such dismissal shall include any and all claims, demands, damages, actions, causes of action or suits of any kind or nature, known or unknown, which Plaintiff had, now has, or may have, on account of, arising out of, based upon or in any manner connected with, any matter, cause or thing whatsoever, including, but not limited to, any claim for attorneys' fees or costs or any claim based directly or indirectly upon facts, events, transactions or occurrences related, alleged, embraced by or otherwise referred to at any time in this action, or which could have been asserted herein.

Respectfully submitted,

Date: 12/6/13

*[signature: Shani Porges]*
Shani Porges
10 Easton Avenue
White Plains, NY  10605

*Pro Se Plaintiff*

Date: 6/17/13

*[signature]*
Camille R. Nicodemus, Esq. (NY# 2807451)
Paul A. Jansen, Esq. (IN #29972-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com
　　　　　pjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of June, 2013**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Thomas M. Crispi, Esq. <br> tcrispi@schiffhardin.com | Patricia A. Pileggi, Esq. <br> ppileggi@schiffhardin.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of June, 2013**, properly addressed as follows:

| **Pro Se Plaintiffs** <br> David Aaron Epstein <br> Shani Porges <br> 10 Easton Avenue <br> White Plains, NY  10605 | |
|---|---|

/s/     Paul A. Jansen
Camille R. Nicodemus, Esq. (NY# 2807451)
Paul A. Jansen, Esq. (IN #29972-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com
             pjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*